IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC MERRING,

        Plaintiff,

v.                                        CV 15-1060 JCH/WPL

SAVAGE RANGE SYSTEMS, INC.,

        Defendant.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. After the parties successfully reached an agreement to settle this case, I entered an order on **February 23, 2016**, requiring Plaintiff to file closing documents. (Doc. 26.) The Order required Plaintiff to file closing documents "no later than **March 23, 2016**." (*Id.*) The parties then requested, and I granted, an extension of time to file closing documents until **April 22, 2016**. (Doc. 28.) As of the date of this order, Plaintiff has not filed closing documents nor sought an extension of time to do so.

IT IS THEREFORE ORDERED that Plaintiff file closing documents within **seven (7) days**, or show cause in writing as to why they should not be sanctioned for violation of the Court's order.

                                                                              William P. Lynch
                                                                              United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.