IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC MERRING,

      Plaintiff,

v.                                          CV 15-1060 JCH/WPL

SAVAGE RANGE SYSTEMS, INC.,

      Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

      I entered an Order to Show Cause on April 28, 2016, directing Plaintiff to file closing documents within seven days or show cause in writing why he should not sanctioned for violation of the Court's order. (Doc. 29.) The parties subsequently submitted a Joint Motion for Dismissal with Prejudice. (Doc. 30.) It now appearing that closing documents have been submitted, the Order to Show Cause is quashed.

      It is so ordered.

                                                          _____

                                                          William P. Lynch
                                                         United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.